# EXHIBIT 6

Stark County CAD

## Call For Service Detail Report - CFS 4453

| Address | FISHERS | | | | |
|---|---|---|---|---|---|
| Common Name | | | | | |
| Custom Layer | | Census Tract | | | |
| Beat | | Quadrant | | District | |
| Caller Name | | Caller Phone | | Call Taker | bbissler |
| Create Date | 2/25/2023 4:38:01 AM | Clear Date | 2/25/2023 5:18:17 AM | Nature Of Call | |

### Agencies

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Traffic Stop | In Progress | High | bbissler | 2/25/2023 4:38:01 AM |

### Call Narrative

*** 2/25/2023 ***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 5:18:04 AM | PER CLE PD -THEY ARE NOT SURE WHY THE MALE IS FLAGGED/ THEY HAVE NO 15'S AND DO NOT NEED HIM FOR ANY INVESTIGATION// CLE DISPATCH ALSO CHECKED WITH FBI AND THEY DO NOT NEED HIM FOR ANY INVESTIGATION | Bissler,Brittany | | RED-CAD-PC02 |

### EMD Narrative

| Time | Description | User |
|---|---|---|

### Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|

### Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|
| Passenger Car | | | Plate Inquiry | | | JVM1640 |

### Call Dispositions

| Name | Count |
|---|---|

### Unit Dispositions

| Name | Unit Number | Disposition Date |
|---|---|---|
| Complete | JT218 | 2/25/2023 5:11:37 AM |
| Complete | JT220 | 2/25/2023 5:17:37 AM |

| Call Log | | | | |

**\*\*\* 2/25/2023 \*\*\***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 5:18:17 AM | Call Cleared | Close Call | Brittany Bissler | RED-CAD-PC02 |
| 5:18:17 AM | Unit Status Action | Unit JT214 Available | Brittany Bissler | RED-CAD-PC02 |
| 5:18:04 AM | Narrative Added | PER CLE PD -THEY ARE NOT SURE WHY THE MALE IS FLAGGED/ THEY HAVE NO 15'S AND DO NOT NEED HIM FOR ANY INVESTIGATION// CLE DISPATCH ALSO CHECKED WITH FBI AND THEY DO NOT NEED HIM FOR ANY INVESTIGATION | Brittany Bissler | RED-CAD-PC02 |
| 5:17:37 AM | Unit Status Action | Unit JT220 Available | Zeid Haddadin | JTPD-MDT10 |
| 5:11:37 AM | Unit Status Action | Unit JT218 Available | Emmalee Carver | JTPD-MDT14 |
| 4:39:03 AM | Unit Status Action | Unit JT214 Arrived | Brittany Bissler | RED-CAD-PC02 |
| 4:39:01 AM | Unit Status Action | Unit JT218 Arrived | Brittany Bissler | RED-CAD-PC02 |
| 4:39:00 AM | Unit Location | Unit JT214 Secondary Location: Secondary Location Cleared | Brittany Bissler | RED-CAD-PC02 |
| 4:39:00 AM | Unit Status Action | Unit JT214 Dispatched | Brittany Bissler | RED-CAD-PC02 |
| 4:38:57 AM | Unit Location | Unit JT218 Secondary Location: Secondary Location Cleared | Brittany Bissler | RED-CAD-PC02 |
| 4:38:57 AM | Unit Status Action | Unit JT218 Dispatched | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Incident Created | Added Incident Number, ORI: OH0762400, Number: 2023-00013285 | Brittany Bissler | |
| 4:38:01 AM | Unit Location | Unit JT220 Secondary Location: Secondary Location Cleared | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Unit Status Action | Unit JT220 Arrived | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Call Ready for Dispatch | Call marked ready for dispatch | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Call Assigned | Added Police Dispatch Position RED7 | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Agency Context Added | Police Call Type Added. Call Type: Traffic Stop, Status: In Progress, Priority: High | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Vehicle Added | Quick Call - Plate No: JVM1640, State: ; | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Call Created | New call created. Call Type: Traffic Stop, Location: FISHERS | Brittany Bissler | RED-CAD-PC02 |

| Unit Log | | | | | | |

**\*\*\* 2/25/2023 \*\*\***

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 5:18:17 AM | Unit Status Change | Available | JT214 | Available | Brittany Bissler | RED-CAD-PC02 |
| 5:18:17 AM | Unit Cleared | Unit Cleared From Call | JT214 | Available | Brittany Bissler | RED-CAD-PC02 |
| 5:17:37 AM | Unit Status Change | Available | JT220 | Available | Zeid Haddadin | JTPD-MDT10 |
| 5:17:37 AM | Unit Cleared | Unit Cleared From Call | JT220 | Available | Zeid Haddadin | JTPD-MDT10 |
| 5:17:37 AM | Disposition Added | Added: Complete Count 1 | JT220 | Arrived | Zeid Haddadin | JTPD-MDT10 |
| 5:11:37 AM | Unit Status Change | Available | JT218 | Available | Emmalee Carver | JTPD-MDT14 |
| 5:11:37 AM | Unit Cleared | Unit Cleared From Call | JT218 | Available | Emmalee Carver | JTPD-MDT14 |
| 5:11:37 AM | Disposition Added | Added: Complete Count 1 | JT218 | Arrived | Emmalee Carver | JTPD-MDT14 |
| 4:47:55 AM | NCIC Request | Vehicle - Plate: jvm1640 | JT214 | Arrived | Kyle Trsinar | JTPD-MDT21 |
| 4:39:03 AM | Unit Status Change | Arrived | JT214 | Arrived | Brittany Bissler | RED-CAD-PC02 |
| 4:39:01 AM | Unit Status Change | Arrived | JT218 | Arrived | Brittany Bissler | RED-CAD-PC02 |
| 4:39:00 AM | Unit Location | Secondary Location Cleared | JT214 | Dispatched | Brittany Bissler | RED-CAD-PC02 |
| 4:39:00 AM | Unit Status Change | Dispatched Call Number: 4453, Assigned Location: FISHERS, Call Type: Traffic Stop | JT214 | Dispatched | Brittany Bissler | RED-CAD-PC02 |
| 4:38:57 AM | Unit Location | Secondary Location Cleared | JT218 | Dispatched | Brittany Bissler | RED-CAD-PC02 |

| 4:38:57 AM | Unit Status Change | Dispatched Call Number: 4453, Assigned Location: FISHERS, Call Type: Traffic Stop | JT218 | Dispatched | Brittany Bissler | RED-CAD-PC02 |
| --- | --- | --- | --- | --- | --- | --- |
| 4:38:01 AM | Unit Location | Secondary Location Cleared | JT220 | Arrived | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Unit Status Change | Arrived | JT220 | Arrived | Brittany Bissler | RED-CAD-PC02 |
| 4:38:01 AM | Unit Status Change | Dispatched Call Number: 4453, Assigned Location: FISHERS, Call Type: Traffic Stop | JT220 | Arrived | Brittany Bissler | RED-CAD-PC02 |

## Incidents

| Incident Number | Jurisdiction | Type |
| --- | --- | --- |
| 2023-00013285 | OH0762400: Jackson Township Police Department | Traffic Stop |

## Units

| Unit | Radio Number | Personnel | Jurisdiction |
| --- | --- | --- | --- |
| JT220 (Primary) | JT220 | JT220 Haddadin | OH0762400: Jackson Township Police Department |
| JT214 | JT214 | JT214 Trsinar | OH0762400: Jackson Township Police Department |
| JT218 | JT218 | JT218 Carver | OH0762400: Jackson Township Police Department |