Approved.
*/s/ Benita Y. Pearson* on 12/8/2023
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
DEC 07 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| MICHAEL SMITH, | : | Case No. 5:23-CV-02198 |
| Plaintiff, | : | JUDGE PEARSON |
| vs. | : | MAG. JUDGE KNAPP |
| FLOCK SAFETY | : | |
| Defendant. | : | |

**PLAINTIFF MOTION TO WITHDRAW REQUEST FOR DEFAULT**

Plaintiff Michael Smith, submit this motion to withdraw the (doc #5) Request for Default as it is untimely.

Respectfully Submitted,

s/ [signature]

MICHAEL SMITH (pro se)
1225 Skyline dr apt 105
Orrville, Ohio 44667

## CERTIFICATE OF SERVICE

I, MICHAEL SMITH, hereby certify that on this 7th day of December 2023, I filed this NOTICE TO WITHDRAW MOTION in person. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record via the court's CM/ECF system.

*s/ Michael Smith*

Michael Smith (pro se)