# EXHIBIT T



ADVERTISEMENT

# Franklin Co. Sheriff's Department pushes for flock cameras to be used countywide

by Kate Siefert
Thu, January 19th 2023, 10:43 PM EST



The Franklin County Sheriff's Office showcased a new technology to township leaders Thursday night that will help police fight crime. (WSYX)





COLUMBUS, Ohio (WSYX) — The Franklin County Sheriff's Office showcased a new technology to township leaders Thursday night that will help police fight crime.

Franklin County Chief Deputy Jim Gilbert said flock cameras serve as another tool in their toolbox to complete investigations and fight crime, especially the rising trend of stolen vehicles.

According to the Lexis Nexis crime map, over the last 30 days, there have been at least 500 reports of stolen vehicles in Franklin County.

"A lot of times, attempting to locate these vehicles wanted out of crimes is like trying to find a needle in a haystack," Gilbert said "This allows us to get a better understanding and narrow down our focus to attempt to locate that vehicle a lot quicker."

Promoted Links

### A Truly Unique Handmade Sea Glass Artwork,Sea Glass Rainbow
Dotmalls

[ Learn More ]

### Former middle school teacher accused of sexually assaulting male student

### Here Are 23 Of The Coolest Gifts For Stocking Stuffers 2023
Best Tech Trend

[ Learn More ]

### Groom kills four at wedding reception, including bride

The company that makes the camera, Flock Safety, said communities that use the technology would see a reduction in crime by as much as 70%.

Here's how it works: If a car is reported stolen, police would add the vehicle's information to their systems. As soon as the stolen car drives by one of the flock cameras, it notifies officials that are part of the system within 7-15 seconds.



*The trend of stolen cars doesn't seem to be slowing down and police officers across Franklin County are frustrated. But there is a new technology that could be used to address the issue. (WSYX)*

"We've had plate reader technology on cruisers for over 20 years," Gilbert said. "But this technology allows for the camera system to be set alongside the roadway and to be checking as a car drives by."

About 135 departments across the state of Ohio use these flock cameras including 20 of the 28 agencies in Franklin County.

The cameras were put to good use this week in Columbus after a car was stolen with a one-year-old girl inside on Tuesday.

"Within minutes of agencies being notified of the theft occurring with a child on board, that info was put into the system and within minutes they were able to see that the vehicle had passed one of these plate readers," Gilbert said. "It allowed them to focus on that one block radius where that camera was and start looking for that vehicle."

Franklin Township trustee John Fleshman said he's seen these cameras in action and encouraged their use statewide.

"There is a huge benefit," Fleshman said.

> *I've been out with police when they've gotten a text that a vehicle they were looking for is in our area and passed by one of our cameras. The bad guy doesn't hear the scanner. They have no idea that we are onto them. We can pick the time and place that we want to end it."*

Gilbert said the cameras are also being used at some apartment complexes across Central Ohio.

"There's an apartment complex close to here, Havenwood, where we have had multiple shootings and some homicides," he said. "Franklin Township worked with the property owner there to get this technology. This technology is also going to be looked at in the Wedgewood area where there's been a lot of problems."

## MORE TO EXPLORE

**Former middle school teacher accused of sexually assaulting male student**

**Groom kills four at wedding reception, including bride**

**New details revealed in Matthew Perry's death**

**SPONSORED CONTENT**  by Taboola

**A Truly Unique Handmade Sea Glass Artwork,Sea Glass Rainbow Birds.**
Dotmalls | SPONSORED                                              Learn More

**Here Are 23 Of The Coolest Gifts For Stocking Stuffers 2023**
Best Tech Trend | SPONSORED                                       Learn More