EXHIBIT A

From: **Kris Conwill**  kconwill@ohmedinaco.org
Subject: RE: DEA Access to Medina County Flock Data
Date: October 11, 2023 at 11:20 AM
To: Dillard, Justin S.  Justin.S.Dillard@dea.gov
Cc: Gergye, Thomas J.  Thomas.J.Gergye@dea.gov,  ty.moddelmog@flocksafety.com,  Terry Grice  tgrice@ohmedinaco.org,
   Edward Kinney  ekinney@medinaoh.org,  bzuchowski@portageco.com,  strkshrf@gmail.com

Justin,

I was able to speak with Ty Moddelmog with Flock yesterday.  Ty is the Director of Flock's Growth Team.  Our conversation was productive from the perspective of understanding each other's position.  I explained to Ty it is the position of our office we would like the data collected from cameras within our jurisdiction, along with the greater flock network, be shared with the DEA for use in the DEASIL system.

Ty explained Flock is willing to share data with the DEA for a fee.  We discussed the process of sharing data comes with a cost to manage the data transfer through an API or other data transferring processes.  It seems this is where the challenge begins.  While Ty did not give specifics of offerings or costs, he did indicated data could be purchased by the DEA for less than $100k on a regional basis (i.e. Ohio and Michigan) or a few million on a national basis.  I shared my concerns with costs being at a level that makes sharing of data cost prohibitive.

I also shared our long-term position as a customer may be affected by Flock not making LPR data available to other law enforcement partners for a reasonable cost.

I told Ty I would include him on this group communication should others have questions and allow him to offer a response.  Ty – Those copied include the following.

Thomas Gergye – DEA
Terry Grice – Medina County Sheriff
Geroge Maier – Stark County Sheriff
Bruce Zuchowski – Portage County Sheriff
Ed Kinney – City of Medina Police Chief


Thank you,

Kris

**From:** Dillard, Justin S. <Justin.S.Dillard@dea.gov>
**Sent:** Thursday, August 24, 2023 3:02 PM
**To:** Kris Conwill <kconwill@ohmedinaco.org>
**Cc:** Gergye, Thomas J. <Thomas.J.Gergye@dea.gov>
**Subject:** RE: DEA Access to Medina County Flock Data

You don't often get email from justin.s.dillard@dea.gov. Learn why this is important

Kris,

Thank you very much for the support.  We recently had the shoe completely drop by Flock who advised that they would no longer be passing data.  Currently we have 17

MOU's sitting with them that they will not honor without DEA paying per year, and per agency, for that agencies data. Houston HIDTA has also been tremendously affected by this move and they are looking to meet with Flock as well. With well over 500 agencies contributing and growing daily, paying each vendor would be a program ender as the other vendors would quickly follow suit. It is only with the support of those willing partners that Flock may determine it is in the best interest of their company to share data as requested by those owning Flock equipment. Thanks again for your support and hope to talk soon.

Justin

Justin S. Dillard
Section Chief
Mission Support Section
DEA/EPIC
Cell: 571-355-6045
Desk: 571-387-3935

**From:** Kris Conwill <kconwill@ohmedinaco.org>
**Sent:** Wednesday, August 23, 2023 12:16 PM
**To:** logan.harrah@flocksafety.com
**Cc:** Edward Kinney <ekinney@medinaoh.org>; Terry Grice <tgrice@ohmedinaco.org>; Dillard, Justin S. <Justin.S.Dillard@dea.gov>
**Subject:** [EXTERNAL] DEA Access to Medina County Flock Data

Logan,

Thank you taking my call. As I mentioned, our office, along with other agencies from Northeast Ohio, had a meeting with the DEA where we learned Flock was not adding more cameras (data) to the shared system (DEASIL). Our office has the desire to collaborate with local, state and federal agencies with the sharing of LPR data to improve everyone's investigative ability. This concern may have been addressed in recent months, but I would still like to understand Flock's position on sharing data. I understand you intend to direct my request to someone else. I can be reached by email or my cell (216)299.3380.

Thanks,

Kris

Kris Conwill
Captain - Business and Career Development
Medina County Sheriff's Office
555 Independence Drive
Medina, Ohio 44256
Office: 330.725.0028
Dispatch: 330.725.6631