# EXHIBIT B

## Camera Specifications

### Design

Dimensions: 8.75" x 3"
Weight: 3 lbs
IP65 Waterproof

### Power

14Ah Battery
30W Solar Panel (14" x 21")
AC Power (5 ft. range)

### Data

16GB local storage, ~2 weeks

### Motion

Passive Infrared Motion Detection

### Connectivity

Embedded Cellular LTE Connection
Cellular service provider depends on area

### Production

Designed & manufactured in the U.S.

### Night Vision

850nm Custom IR Array

### Cloud Storage

30 days storage (Amazon Web Services)
Accessible via secure website
Images can be downloaded and stored by department



## Camera Performance

### Motion

NCIC and Custom Alert Notifications
Average of 10-15 seconds
Includes time, location, plate, and vehicle image
Includes state specific alerts based on image

### Power Source

100-240 VAC <1 amp
60 W Solar
11-14 Volt

### Processing Power

1.4GHz
64-bit quad-core CPU

### Image Capture

30-50 ft from vehicles
Up to 2 lanes of traffic per camera
Date and time with camera location
Plate (state, partial, paper, and none)
Vehicle details (Make, type, and color)