# EXHIBIT E

**From:** Sara Lynn slynn@medinaoh.org
**Subject:** Re: NCIC Updates
**Date:** October 10, 2023 at 12:40 PM
**To:** Darwin Aldrich darwin.aldrich@flocksafety.com



Great thanks!

> On Oct 10, 2023, at 12:37 PM, Darwin Aldrich <darwin.aldrich@flocksafety.com> wrote:
>
> Good afternoon,
>
> It is updated every 6 hours. 1AM, 7AM, 1PM, and 7PM.
> Please let me know if you have any questions.
>
> Darwin
>
> On Tue, Oct 10, 2023, 12:34 PM Sara Lynn <slynn@medinaoh.org> wrote:
>> Afternoon,
>>
>> Was hoping you'd could answer an east question for us. We're told the NCIC list is updated every 6 hours. Is that accurate? And do you know is it a consistent time everyday? Such as Midnight, 6AM, Noon, 6PM, etc?
>>
>> Thanks,
>>
>> Sgt Sara Lynn
>> Medina Police Department
>> 150 W Friendship St
>> Medina, OH 44256
>> Dispatch: 330-725-7777
>> Direct Line: 330-391-7020
>>
>> The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. The Medina Police Department.

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. The Medina Police Department.