# EXHIBIT G

Solutions    Products    Why Flock    Reso

COMMUNITY SAFETY

# How to be Proactive Against Crime

November 17, 2022 • 1 mins

Not all security cameras are created equal. Although many people believe that security cameras are made to solve crimes when they happen, Flock Safety cameras take a proactive approach and work to *prevent* crimes before they occur.

The difference lies in Flock Safety's **Hot List** alerts, which notify law enforcement when a known suspect's vehicle is in the area. Thes real-time notifications work by connecting Flock cameras with da

...
...

from the National Crime Information Center and local law enforcement agencies.

When a vehicle with a warrant or a stolen vehicle passes a camera, officers receive a notification enabling them to respond accordingly, and prevent the suspect from committing any further crimes.

To see these how the Hot List can deter crime in your community, **schedule a free demo** today.

Share   f   🐦   in

# Recent Articles

View All Articles



