# EXHIBIT I

tive Dustin McDannold #386
on Township Police Department
tive Bureau
Fulton Dr NW
lon, Ohio 44646

nold@jtpd.com

essage and any included attachments are from Jackson Township and are intended only for the addressee
ation contained herein may include privileged or otherwise confidential information. Unauthorized review,
ding, printing, copying, distributing, or using such information is strictly prohibited. If you receive this messa
have reason to believe you are not authorized to receive it, please promptly delete this message and notif
y e-mail.

mail and all responses to it may constitute a public record and thus may be made available to anyone who
sts it.

forwarded message:

From: Flock Hotlist Alerts <hotlist@flocksafety.com>
Date: February 25, 2023 at 04:33:35 EST
To: "McDannold, D" <mcdannold@jtpd.com>
Subject: HOTLIST ALERT: OH - JVM1640 #09 - South Blvd @ Fulton - SB

# OH - JVM1640

Event Time: 4:33:15 02/25/2023

Source: CLEVELAND PD / FBI HUMAN TRAFFICKING MISSING JUVENILE VICTIM

Case Number: CLEVELAND PD / FBI CASE

Reason: CLEVELAND PD / FBI HUMAN TRAFFICKING VICTIM - ███████
/ SUSPECT: MICHAEL T. SMITH (DOB: 03/11/95) - IF SUBJECTS LOCATED CONTACT CLEVELAND
PD, FBI, AND STARK COUNTY CPS (HAVE CUSTODY OF MISSING JUVENILE)

Camera: #09 - South Blvd @ Fulton - SB

Network: Jackson Township OH PD