# EXHIBIT J

**Morris, Hannah**

| | |
|---|---|
| **From:** | hotlist=flocksafety.com@mail.flocksafety.com on behalf of Flock Hotlist Alerts <hotlist@flocksafety.com> |
| **Sent:** | Wednesday, August 2, 2023 11:44 AM |
| **To:** | Gaffney, Edie |
| **Subject:** | HOTLIST ALERT: OH - DWA3289 #017 Copley Rd & Nome Ave WB |

# OH - DWA3289 Protection Order

**Event Time: 11:43:12 08/02/2023**

**Source: NCIC**

**Camera: #017 Copley Rd & Nome Ave WB**

**Network: Akron OH PD**

1