# EXHIBIT L

## Fleet 3 (https://my.axon.com/s/axon-fleet3) / Guide, Fleet

Technical information - Fleet 3 (https://my.axon.com/s/article/Technical-information-Fleet-3)

Fleet 3 results in Flock Safety search - Fleet 3 (https://my.axon.com/s/article/Fleet-3-results-in-Flock-Safety-search-Fleet-3)

Warranty and warnings - Fleet 3 (https://my.axon.com/s/article/Warranty-and-warnings-Fleet-3)

Admin settings - Fleet 3 (https://my.axon.com/s/article/Admin-settings-Fleet-3)

ALPR permissions - Fleet 3 (https://my.axon.com/s/article/ALPR-permissions-Fleet-3)

Cradlepoint configuration - Fleet 3 (https://my.axon.com/s/article/Cradlepoint-configuration-Fleet-3)

ALPR policy and public usage - Fleet 3 (https://my.axon.com/s/article/ALPR-policy-and-public-usage-Fleet-3)

ALPR admin settings - Fleet 3 (https://my.axon.com/s/article/ALPR-admin-settings-Fleet-3)

Flock Safety integration - Fleet 3 (https://my.axon.com/s/article/Flock-Safety-integration-Fleet-3)

Flock Safety search - Fleet 3 (https://my.axon.com/s/article/Flock-Safety-search-Fleet-3)

Upload evidence from Flock Safety - Fleet 3 (https://my.axon.com/s/article/Upload-evidence-from-Flock-Safety-Fleet-3)

Convert ALPR records to evidence - Fleet 3 (https://my.axon.com/s/article/Convert-ALPR-records-to-evidence-Fleet-3)

# ALPR permissions - Fleet 3

Download PDF

Last Modified - Jan 9, 2024

## ALPR permissions

This topic is intended for Axon Evidence administrators. For user-based topics, start with Introduction (/s/article/Introduction-Fleet-3).

An admin must enable the appropriate permissions for the roles that will use ALPR before users can access and use ALPR functionality.

### Enable permissions

1. On the menu bar in Axon Evidence, select **Admin**, then under Agency Settings select **Roles & Permissions**.
2. Do one of the following to either create or edit:
   - Select **Create role**, then enter the role **Name** and select the license **Tier**. Or,
   - Select **Edit** ✏ on the line of the role you want to edit.
3. Scroll to the ALPR section and select **Allowed** or **Prohibited** as needed.

| ▾ ALPR | | |
|---|---|---|
| Read/Hit Record Search | ○ Allowed | ● Prohibited |
| Hotlist Management | ○ Allowed | ● Prohibited |
| ALPR System Administration | ○ Allowed | ● Prohibited |

- **Read/hit record search** – Lets a user search and view any agency ALPR records.
- **Hotlist management** – Lets a user search, modify, and create agency hotlists.
- **ALPR system administration** – Lets a user modify agency-level ALPR settings such as record retention and alert categories.

The *Agency administrator* role has all three of these permissions by default. Admins can modify existing roles, create new roles, or copy and modify a role to enable Performance permissions.

1. When done making changes, select **Save** [Save] at the bottom. Axon Evidence begins enforcing the new permissions.

After you've created or edited your roles, don't forget to assign users to them.

**Next topic: Cradlepoint configuration (/s/article/Cradlepoint-configuration-Fleet-3)**