# EXHIBIT M

**From:** "hello@flocksafety.com" <hello@flocksafety.com>
**To:** dana.forney@ohioago.gov
**Subject:** Lyndhurst OH PD has shared a Hot List with you!
**Date:** Wed, 01 Jun 2022 10:37:41 +0000
**Importance:** Normal

---

Great News!

Craig Barna at Lyndhurst OH PD has shared their custom Hot List with you, giving you and your organization the ability to collaborate more effectively.

To begin receiving hits for this list, you must enable your organization as an audience.

1. Open Manage Lists
2. Scroll to the Shared Lists section at the bottom of the page
3. Click on the triple dots next to the list you want to enable and change the audience from "None" to "Organization"

Thanks for being part of the Flock.