# EXHIBIT N

**Mike Binder**

| | |
|---|---|
| **From:** | Myron Maret <myron.maret@flocksafety.com> |
| **Sent:** | Monday, August 01, 2022 8:52 AM |
| **To:** | Mike Binder |
| **Subject:** | Commercial / Community Handouts |
| **Attachments:** | Commercial_FlockOverview.pdf; HOA_FlockOverview.pdf |

[NOTICE: This email originated outside of the City of Reynoldsburg.]

Morning LT,

Attaching the handouts we spoke about last week for commercial and community cameras. These are good points of reference for anyone who is interested but just remember that we have a representative for both fields here as well. They'd be happy to discuss the product and how other entities across the state are using it with anyone you think might be interested.

For commercial, it is Evan Filtz evan.filtz@flocksafety.com

Community safety (HOA's / neighborhoods), Austin Johnson austin.johnson@flocksafety.com

Have a good week,

Myron

Myron Maret
*Customer Success Manager - Ohio*
**f ock safety**
404.631.6599 | myron@flocksafety.com

1