# EXHIBIT O

## Mike Binder

| | |
|---|---|
| **From:** | Michael Weaver <michael.weaver@flocksafety.com> |
| **Sent:** | Monday, May 22, 2023 3:22 PM |
| **To:** | Mike Binder |
| **Subject:** | Flock Safety - Community Safety Introduction |
| **Attachments:** | Flock Community Safety Flyer .pdf |

[NOTICE: This email originated outside of the City of Reynoldsburg.]

Good afternoon Sir,

I am the new Ohio community safety representative at Flock. My role is to connect community entities (HOA's, multi-family housing, houses of worship) within your jurisdiction to Flock's solutions. This not only bolsters security for the community but increases your Flock network to help solve and eliminate crime. Attached is an informational flyer with my contact information that you can provide to community members.

I live in Columbus and would be happy to attend any community related events that you think could be beneficial. I look forward to working together.

Respectfully,
Michael Weaver
*Ohio Community Safety Representative*

614.832.0240 | michael.weaver@flocksafety.com

1

# flock safety

## Protect your neighborhood and everyone in it with Flock Safety



## Flock Safety's license plate reading cameras improve safety and peace of mind by:

**Generating investigative leads with vehicle data for local law enforcement**

**Intercepting potential threats to the community before they escalate**

**Helping solve crimes more quickly by providing objective evidence**

## Why neighborhoods & HOAs choose Flock Safety




### Infrastructure-free
Runs on solar power and LTE so it can be installed almost anywhere in your neighborhood with no additional utility bills


### 24/7 Protection
Flock cameras capture license plates 24 hours/day to protect your neighborhood morning, noon and night


### Real-time alerts
Automatically notify law enforcement when a wanted vehicle enters your neighborhood

## Have questions or want a demo? Reach out to:

Michael Weaver

614-832-0240

michael.weaver@flocksafety.com


### Subscription service model
Includes camera setup, installation, and maintenance for a turn-key experience

# Join thousands of neighborhoods and HOAs across the U.S. that already trust Flock Safety to protect their community



## Flock Safety provides protection against:

- ✓ Arson
- ✓ Burglary
- ✓ Home theft
- ✓ Mail theft
- ✓ Motor vehicle theft
- ✓ Vandalism
- ✓ Illegal dumping
- ✓ Amber Alerts

**Flock Safety by the numbers**

**75%**
**Crimes involve a motor vehicle***
*According to: Gardner, Thomas and Terry Anderson. Criminal Evidence: Principles and Cases. 2015

**1,000+**
**Crimes solved per week with Flock**

**2,000+**
**Cities use Flock Safety**

> "Just knowing that we have a way to deter crime, and if crime did happen – we have a way to solve crime. That's the number one thing that I like."
>
> **Larry Hubbard, HOA Board Member**
> Collierville, Tennessee

> "Flock has proven time and again to keep us safe. We couldn't ask for a better system to stop neighborhood crime."
>
> **Andy Mosely, HOA Board Member**
> Conifer Place

> "I've been in law enforcement about 20 years. And it is the single greatest law enforcement tool I've ever seen."
>
> **Captain Ryan Smith, St. Johns County Sheriff's Office**
> Source: FirstCoast News

Name: Michael Weaver   Email: michael.weaver@flocksafety.com   Phone: 614-832-0240