# EXHIBIT P

**From:** Chris Clayton
**To:** Jason Messer; Rick Lombardo
**Subject:** Flock Safety User Group
**Date:** Thursday, October 12, 2023 1:09:46 PM

Hey Lt. Messer,

As Flock continues to grow and expand its services, we are committed to maintaining a close relationship with our customers, and we've seen that meeting Flock users face-to-face is instrumental in fostering partnerships. Therefore, we are launching a series of in-person events across the nation to meet with customers, hear your feedback, and keep you updated on our latest developments.

Given that Upper Arlington PD is a cornerstone customer in the region, I'm writing today to see if you would be willing to host one of these events either this quarter or in the future. What hosting means for your agency:

- Private Room:
    - A spacious room with a seating capacity for up to 50 people.
    - Comfortable seating arrangements, such as chairs and tables, for the attendees.
- Location:
    - Convenient and easily accessible location, preferably in a central area with parking facilities or good public transportation access.
- Audiovisual Equipment:
    - Projection Screen: A large, clear projection screen or wall for presentations.
    - Projector: A high-quality projector with appropriate connectivity options (HDMI, VGA, etc.).
    - Microphones: At least one handheld or lapel microphone with a sound system for clear audio during presentations.
    - Sound System: Adequate speakers and audio equipment for the room size.
- Furniture and Setup:
    - Flexible seating arrangements that can be adjusted to suit different meeting formats.
    - A podium or lectern for speakers.
    - Tables for presenters and for any catering or materials.
- Parking:
    - Adequate parking facilities for attendees, preferably on-site or nearby.

Our primary goal for an event like this is to bring customers and prospects together for best practices, feedback, and new updates.

If you're interested in hosting, please let me know and we'll pick a date. Currently I'd like to look at early November for an event. To thank you for your efforts in hosting, we are happy to offer some awesome Flock apparel for your team.

Thank you and stay safe,

Chris

**Chris Clayton**
**Customer Success Manager**

9198103011    flocksafety.com



App Banner Image