# EXHIBIT Q

| | |
|---|---|
| **From:** | Chris Clayton |
| **To:** | Jason Messer |
| **Subject:** | Re: Flock Meetin |
| **Date:** | Monday, November 27, 2023 4:41:53 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

35 registered (but a lot from the same dept.) + 7 from Flock.

Chris Clayton
*Customer Success Manager*

919.810.3011 | christopher.clayton@flocksafety.com

*Book a meeting to learn more. Click here!*

On Mon, Nov 27, 2023 at 3:18 PM Jason Messer <jmesser@uaoh.net> wrote:

Do you have a count of attendees? We may need to direct overflow parking to the OSU Golf Course across the street if we have a lot. I am checking on permission for at the moment.

**LIEUTENANT JASON MESSER #1275**
Staff/Investigative Bureau | Police Division
The City of Upper Arlington
3600 Tremont Road, Upper Arlington, OH 43221
**o:** 614-583-5164 | **c:** 614-595-0308

**e:** jmesser@uaoh.net | upperarlingtonoh.gov

City of **Upper Arlington**

**From:** Chris Clayton <christopher.clayton@flocksafety.com>
**Sent:** Monday, November 27, 2023 3:17 PM
**To:** Jason Messer <jmesser@uaoh.net>
**Subject:** Re: Flock Meetin

I think that's right. They sent me a tracking number so I'll check it. We'll be there by 9 am tomorrow to set up! Thanks again for hosting.

Chris

On Mon, Nov 27, 2023 at 3:07 PM Jason Messer <jmesser@uaoh.net> wrote:

> I received three large packages for the meeting tomorrow. Two tall black cylinder crates and a cardboard box. Sound like the correct items?
>
> **LIEUTENANT JASON MESSER #1275**
> Staff/Investigative Bureau | Police Division
> The City of Upper Arlington
> 3600 Tremont Road, Upper Arlington, OH 43221
> **o:** 614-583-5164 | **c:** 614-595-0308
>
> **e:** jmesser@uaoh.net | upperarlingtonoh.gov
>
> City of **Upper Arlington**
>
> **From:** Chris Clayton <christopher.clayton@flocksafety.com>
> **Sent:** Thursday, October 26, 2023 12:32 PM
> **To:** Jason Messer <jmesser@uaoh.net>
> **Subject:** Re: Flock Meetin
>
> TY!
>
> 
>
> Chris Clayton
>
> *Customer Success Manager*
>
> 919.810.3011 | christopher.clayton@flocksafety.com