# EXHIBIT R

This is Google's cache of https://www.salesforce.com/resources/articles/flock-safety-makes-communities-safer/. It is a snapshot of the page as it appeared on Dec 29, 2023 11:17:14 GMT. The current page could have changed in the meantime. Learn more.

**Full version**     Text-only version     View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Skip to content

# RESOURCE CENTER

## BROWSE BY CATEGORY

✕

# Flock Safety Uses Salesforce to Help Make Communities Safer

Flock Safety is a public safety-as-a-service company that builds ethically designed crime-solving

solutions. Its license plate readers and software are used by neighborhoods, businesses, law enforcement, and cities that want the whole community to work together toward eliminating crime.

Headquartered in Atlanta, Georgia, Flock Safety's camera systems are used in over 1,700 cities in 38 states. When a crime occurs, Flock Safety cameras deliver actionable evidence to local authorities, helping them solve up to 500 crimes per day.

# Flock Safety has tripled its revenue since adopting Salesforce.

Having experienced rapid growth since its early days operating out of multiple spreadsheets, Flock Safety needed a technology upgrade. It needed a more scalable customer data system, and a better routing and scheduling tool to handle sales, installation, and service calls. After a brief run with another CRM that wasn't up to the task, Salesforce helped Flock Safety move to a single platform that serves its entire operation, and is built to scale.

Let's take a closer look at some lessons your business can learn from Flock Safety's success.

Contents:

1. Embrace technology that scales as you grow.
2. Streamline sales and service.
3. Expand your business in a work-from-anywhere world.

# 1. Embrace technology that scales as you grow.

Many businesses start out tracking important data in a spreadsheet. Flock Safety's early days saw the company tracking sales in one spreadsheet, service and installations in another, and other key data in custom applications built by in-house software developers. "We were all living in different worlds, and it felt like we were tied together with shoestrings," Joshua Thomas, VP of Marketing, recalled. "As we grew as a business, that just became completely unsustainable."

Flock Safety saw the need for a single system that could bring together all aspects of the business. After trying a few solutions, it adopted Salesforce in 2019.

"We needed some place to see the

# whole picture, and Salesforce provided that."

JOSHUA THOMAS | VP OF MARKETING, FLOCK SAFETY

Sales Cloud, Service Cloud, and Field Service combine to give Flock Safety full visibility into its entire business from a single vantage point.

**WATCH**: *Flock Safety's Joshua Thomas, VP of Marketing, and Cody Nutt, Director of Business Systems, explain how Salesforce creates full visibility across sales, service, and customer success that they need to manage a rapidly growing business.*

As Director of Business Systems, Cody Nutt explained that the integration supports everything from better communication to easier forecasting of key metrics. "Salesforce enabled us to use one system where we could look at sales data and service data in the same environment," he said. Instead of pulling data from multiple systems to create a forecast, everything was already in the same place.

The new system was quickly put to use. In 2021 alone, Flock Safety hired 200 employees. "We're

hiring sales reps, customer success reps, marketing people, full-time installation technicians," Thomas said. "They all have to live and interact on the same platform." When your business triples headcount and triples revenue in a single calendar year, you need technology that's ready to scale with you.

## 2. Streamline sales and service.

Flock Safety's business spans both sales and service, so any opportunity to streamline either process is a win waiting to happen. With Salesforce, the company is optimizing both functions at once. Combining Sales Cloud, Service Cloud, and Field Service functionality on the same platform gives Nutt and his team a full view of their entire business cycle at once. "We can see the sale, create the work order, create the service appointment, and create the install — we know exactly what we need," Nutt said.

The value of that visibility extends beyond internal operations to supply chain management, as well. With all business data in one place, Flock Safety's teams can forecast sales for better supply chain management.

## Flock Safety cut its sales cycle in half with Salesforce.

Flock Safety also uses Service Cloud to provide real-time customer support via phone and online channels. And when the time comes for a customer's onsite installation, or maintenance of Flock's stationary cameras, Flock Safety can easily schedule and route technicians using Field Service.

Given how quickly Flock Safety is growing, it needs to be able to quickly supercharge sales, field service, and customer success. That's where Salesforce AppExchange comes in. Flock Safety extended Salesforce to power its business, simply by installing some apps — no additional employees or developers required.

## 3. Expand your business in a work-from-anywhere world.

Salesforce Customer 360 helped Flock Safety to work from anywhere and expand the business nationally. Now, it can have all prospective client meetings online, whether with law enforcement agencies, businesses, or HOAs. In fact, since adopting Salesforce, Flock Safety has been able to cut its sales cycle in half. But that's only the beginning.

Just a year ago, Flock Safety added Account Engagement to its Salesforce stack to boost the company's marketing outreach. Sales Cloud and Field Service are already connected to create a better view of customer data for customer service efforts, and data sharing between sales and marketing will soon be online thanks to Account Engagement.

An early use case for Account Engagement? Event marketing. Here's an example:

- Flock Safety is partnering with the Atlanta Police Department to put on a community safety event.
- Flock Safety uses Account Engagement to run automated campaigns that invite prospects to the event. Thanks to the seamless sales and marketing alignment that Account Engagement enables, the Flock Safety team can not only easily drive registrations, but also create a full journey for those prospects from pre- to post-event, driving more deals.
- Sales reps can see which leads attended the event.
- When one of those leads attends the event, and shows interest in Flock Safety's offerings, the sales team can easily see that activity within Salesforce. They can then reach out to the lead, using an email template that the marketing created ahead of time.
- With Account Engagement and Sales Cloud on the same platform, sales and marketing both get a full, 360-degree view of the customer, to inform future product evaluations.

Again, though, that's just the beginning. Flock Safety's current roadmap of new uses for Salesforce includes maps and territory management, CPQ for quoting, and leveraging Personalization to gain insight into how people engage with the company's website. With revenue on the rise and the right technology, the future looks bright for Flock Safety's community-driven crime fighting.

## More Resources

Research

Video

3 Steps to Transforming the Customer Support Experience

Customer Story

1build is Changing the Game with Salesforce

# Get timely updates and fresh ideas delivered to your inbox.

Sign up now



Call us at 1-800-664-9073

See all ways to contact us >

New to Salesforce?

- What is CRM?
- What is Salesforce
- Help Desk Software
- Marketing Automation Software
- Explore All Products
- What is Cloud Computing?
- Customer Success
- Product Pricing
- Privacy for Salesforce Products

# About Salesforce

- Our Story
- Newsroom
- Blog
- Careers
- Trust
- Salesforce.org
- Sustainability
- Investors
- Give us your Feedback

# Popular Links

- Manage Your Account
- New Release Features
- Find or Become a Partner
- CRM Software
- Salesforce LIVE
- Dreamforce

Salesforce Mobile

Newsletter Sign-Up

 WORLDWIDE ⌃

© Copyright 2023 Salesforce, Inc. All rights reserved. Various trademarks held by their respective owners.
Salesforce, Inc. Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA 94105, United States

Legal   Terms of Service   Privacy Information   Responsible Disclosure   Trust   Contact

Cookie Preferences   ✓✗ Your Privacy Choices