# EXHIBIT S

| | |
|---|---|
| **From:** | Darwin Aldrich |
| **To:** | edward.hassing@lakewoodoh.net |
| **Subject:** | Flock Safety Webinar Registration, Ohio School Safety Grant |
| **Date:** | Wednesday, October 4, 2023 12:39:51 PM |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Project Manager It Dept. Hassing,
We're hosting a webinar on Tuesday with Law Enforcement and School Safety Administrators across Ohio to discuss how to apply and the AG's Technology Innovation grant.  We'll hear from two school safety leaders in Ohio on how they are leveraging Flock Safety and how schools in your district can apply.

Please register here and if you can't make it we'll share the recording.
**When: Tuesday October 12th, 12:00 Eastern**

What's the best way to share this information with your school district?

**AG Grant Info and Background on Flock for Ohio Schools + Law Enforcement:**

- On October 1st, AG Dave Yost announced the next wave of School Safety grants for Ohio Schools, upping the amount to **$30,000 per school district**. That said, there's only $4m in funding technology that links schools with LE and it's first come first serve. Already this year, **33 school districts have made the investment in Flock Safety**.

**What this means for your department/office:**

- More cameras in your network at no cost to help solve and prevent crime in the community

- Help keep your schools safe and enable your SROs with technology that will alert them of threats to campus

**What this means for schools in Ohio:**

- Alerts at the perimeter of campus to vehicle threats (non custodial parents, sex offenders, banned visitors)

- Affordable gunshot detection for rapid response

- Ability to connect school video with local law enforcement

Todd Ellis with Flock Safety (Todd.Ellis@flocksafety.com) is working directly with Ohio Schools.

After the webinar for those interested, we will walk schools through an overview of the program AND help them directly with the grant application since we've done this before.

Thanks,

**Darwin Aldrich**
**His**
**Customer Success Manager**

770-685-7728   866-901-1781   flocksafety.com

App Banner Image