# EXHIBIT T

**From:** Logan Harrah <logan.harrah@flocksafety.com>
**Sent:** Thursday, April 20, 2023 12:04 PM
**To:** Snavely, Bryan <bsnavely@stow.oh.us>; Alison Randall <ARandall@lexipol.com>
**Cc:** Dirker, Erik <EDirker@stow.oh.us>
**Subject:** Re: FW: Flock Materials

Hi Gentlemen - yes!

Since you are interested in grant funding for Flock Safety LPR cameras, I have copied Alison Randall with Lexipol to this email. Alison can help you find a grant to purchase our Flock LPR cameras. She cannot provide any assistance until you fill out the attached form and notify us when completed. Once completed, she will help you find a grant that will allow you to purchase LPR's.

Please fill out the application below:

https://www.policegrantshelp.com/flock-safety-lpr-grant-assistance/

Thank you,

On Thu, Apr 20, 2023 at 11:44 AM Snavely, Bryan <bsnavely@stow.oh.us> wrote:

> Thanks Logan.
>
> Lt. Erik Dirker is copied in on this email as well. He is on our grant writing team and is who I spoke with you about yesterday.
>
> Were you able to identify anyone on your end that has experience assisting with grants?
>
> *Captain Bryan Snavely*
>
> Stow Police Department
>
> 3800 Darrow Rd. Stow, OH 44224
>
> PH (330) 689-5700 | Fax (330) 689-5799
>
> bsnavely@stow.oh.us