# EXHIBIT U

**From:** Maureen Mulvaney maureen.mulvaney@flocksafety.com
**Subject:** November Training Webinar - How to Win Community Support for ALPR
**Date:** November 15, 2022 at 7:10 AM
**To:** jcalabrese@medinaoh.org



Join us on Wednesday, November 30th, at 2 PM ET / 11 AM PT for live training from Travis Martinez from Redlands PD and David Ballard, Solutions Consultant and former Lieutenant at Shelby County Sherrifs Office, as they cover how to:

- Make a case for ALPR to your city council
- Grow your budget with community fundraising and grants
- Promote crime reduction and success stories in the media

We will also announce November product releases and our new sponsorship of PoliceGrantsHelp's grant assistant program, which can support your agency with grant writing services.

Hope to see you there!

REGISTER



1170 Howell Mill Rd NW, Suite 210, Atlanta, Georgia 30318, United States

2022 © All rights reserved

Unsubscribe