# EXHIBIT V

**Morris, Hannah**

| | |
|---|---|
| **From:** | Logan Harrah <logan.harrah@flocksafety.com> |
| **Sent:** | Tuesday, January 31, 2023 3:17 PM |
| **To:** | Snavely, Bryan |
| **Cc:** | Ray Joyner |
| **Subject:** | Grant Available to Stow-Munroe Falls City School District for Flock Cameras |

Hi, Captain Snavely!

I wanted to let you know that Stow-Munroe Falls City School District can pursue a grant to purchase Flock cameras and I've copied my colleague on this email - this is time-sensitive! His name is Ray Joyner and he's very helpful! Would you be open to making a connection with Ray to your school's SRO to discuss this opportunity?

If you need us to request someone else to make the introduction, please advise!

Thank you sir,

--
Logan Harrah
330-307-2806
*Territory Sales Manager*
**flock safety**
logan.harrah@flocksafety.com