# EXHIBIT W

**Morris, Hannah**

| | |
|---|---|
| **From:** | Ray Joyner <ray.joyner@flocksafety.com> |
| **Sent:** | Wednesday, February 1, 2023 1:04 PM |
| **To:** | Snavely, Bryan |
| **Cc:** | Logan Harrah |
| **Subject:** | Re: Grant Available to Stow-Munroe Falls City School District for Flock Cameras |
| **Attachments:** | FAQ K-12 ENGLISH.pdf; Flock_Safety_Overview_-_School_Districts.pdf |

Hey Captain,

Please see below. I've included a link to an overview of the grant along with a link to the grant application. This grant is $20,000 per school district for technology that links schools with law enforcement, which is what Flock provides. I've also attached some more information on how Flock helps protect schools.

I'd be happy to speak with anyone at the school district if they have more questions or would like to schedule an overview and demo.

https://www.ohioattorneygeneral.gov/Media/News-Releases/January-2023/New-Safety-Innovation-Grants-Available-to-Ohio-Sch

https://grantsportal.ohio.gov/Public/FundingOpportunityDetails?detailid=178

Thank you,

Ray Joyner

On Wed, Feb 1, 2023 at 12:24 PM Snavely, Bryan <bsnavely@stow.oh.us> wrote:

Hello Ray,

I just spoke with Logan and he said that you would have more information on this. I was hoping you could forward me some information about what the grant is that could potentially fund these cameras? Maybe a link to the RFP. I would like to see if our district is aware of it or if they already intend to put an application in for it.

Thanks,

*Captain Bryan Snavely*

Stow Police Department

1