# EXHIBIT Y



**Amanda Spees** · 3rd+    + Follow
Customer Success Manager at Flock Safety
1yr · 🌐

Last week, the Pearland Police Dept let us host our 2nd Flock Safety Houston Area User Group for 2022!

I had the privilege of bringing our amazing customers together to share best practices, success stories, and continue networking.

But it's so much bigger than a product. Flock brings agencies AND COMMUNITIES together to help eliminate crime. Working closely with our HOAs, businesses big and small, as well as law enforcement agencies across the city/county bridges that gap of distrust and misunderstanding.

Might be a little bias but I have some of the best customers and the best team! Grateful for the opportunity to serve them.

#lawenforcement #networking #communitysafety #eliminatingcrime
Wood Dale Anzalone Cori Cornwell Andrew Sumpter



**Amanda Spees** · 3rd+
Customer Success Manager at Flock Safety
2yr ·

Last week **Conroe Police Dept** allowed me to host a **Flock Safety** Houston Area User Group for current and future customers and WOW! In a world where most things are virtual now, it was so amazing to physically see my customers and learn how Flock has reduced crime in their areas.

Could not have done it without the amazing South Texas Team and Major Accounts. Lovin' on my Flock family!



59         6 comments · 2 reposts