EXHIBIT Z

Cleveland, OH   change location

Google › Cleveland, OH › Employment › Other

## Customer Success Manager at Flock Safety in Cleveland, OH

Eliminate Crime. Build Community. Flock Safety provides the first public safety operating system that empowers private communities and law enforcement to work together to eliminate crime. We are committed to protecting human privacy and mitigating bias in policing with the development of best-in-class technology rooted in ethical design, which unites civilians and public servants in pursuit of a safer, more equitable society. Our Safety-as-a-Service approach includes affordable devices powered by LTE and solar that can be installed anywhere. Our technology detects and captures objective details, decodes evidence in real-time and delivers investigative leads into the hands of those who matter. While safety is a serious business, we are a supportive team that is optimizing the remote experience to create strong and fun relationships even when we are physically apart. Our flock of hard-working employees thrive in a positive and inclusive environment, where a bias towards action is rewarded. Flock Safety is headquartered in Atlanta and operates nationwide. We have raised approximately 250M in venture capital including a recent Series D round by Andreessen Horowitz. Now surpassing a 1B valuation, Flock is scaling quickly and seeking the best and brightest to help us meet our goal of eliminating crime in the United States by 25% in the next three years. About the opportunity Flock Safety is looking for a motivated and strategic-minded individual to join our Customer team as our Customer Success Manager in Cleveland. While this is a remote position in the sense it is not at our headquarters, the expectation is that the individual will spend much of their time (virtually or in-person) with strategic law enforcement customers along with homeowners associations in the region. The Customer team is focused on three pillars:

customer satisfaction, retention, and growth. This is not a sales role with things like quotas; rather, it's a market ownership role where you are focused on facilitating growth and retention through a combination of hustle and relationship-building. Satisfied customers renew their Flock Safety subscriptions because they feel supported and understand the value of the product. Markets grow through a variety of tactics - some examples:

connecting local press with great stories of Flock cameras being used to solve crime; organizing a community event between the local police department (who you've turned into Flock advocates) and neighborhood association leaders from around the city interested in eliminating non-violent crime; sharing access to private license plate reader cameras with law enforcement. The ideal Customer Success Manager is excited to be the CEO of their market, own relationships with their customers, and be the face and voice of Flock Safety. Customer Success Managers will know their markets inside and out, leveraging their relationships and communication skills with key customers to foster growth in the markets. They will always be innovating, seeing what works and what doesn't, and sharing their learnings throughout the organization. This role is especially exciting because the Market Managers will partner directly with local police departments and neighborhood associations to help our mission of eliminating non-violent crime. Customer Success Managers contribute to the growth and expansion of their markets and are trusted resources for their customers - answering one-off support questions, managing key accounts, demonstrating the product, educating and training new customers, and more. This role will require exemplary time management skills, the ability to manage multiple tasks at once, critical thinking, a desire to solve customer problems, and effective communication throughout the customer experience. How You Will Take Flight With Flock Bridge the gap between private and public customers to create communities focused on eliminating non-violent crime Create raving fans - we have a product that our customers truly love; it's up to you to make sure that your market's customers are seeing value from it Constantly identify new ways to grow your market through a combination of grassroots market development and leveraging your happy customers (be they neighborhoods or police departments) Manage key accounts from the moment a customer signs their contract through

- View More Jobs!
- Post your resume
- Create an Alert
- Found a mis-fit listing? Report it

renewal Be the internal voice of the customer (because no one knows them as well as you do) effectively communicate thoughtful and actionable feedback to teams across Flock (i.e. Product, Sales, Marketing) to help drive amazing customer experiences and enable market growth Create strategic partnerships with police departments and homeowners associations within a geographic region Work closely with our public relations and marketing team to increase awareness and press coverage in your markets Translate software functionality into terms that any customer can understand About You 5

years of experience in a customer-facing role (Market Management, Market Operations, Business Development, Growth & Expansion, Account Management, Customer Success), ideally in a high-growth technology company Highly adaptable individual who embraces change and knows how to pivot when confronted with new challenges Enjoy building scalable processes from scratch Communicate clearly and concisely about both technical and non-technical subject matter Be excited about working on a fast-paced, constantly evolving product -- and be comfortable with ambiguity Demonstrate strong follow-through and ability to manage multiple tasks and projects at once Exhibit a passion for providing exceptional customer service Willingness to travel as needed Nice to haves:

experience working remotely, experience working with law enforcement, general understanding of the license plate reader concept and market, know the surrounding area well

**Salary Range:**
$80K -- $100K

**Minimum Qualification**
Account ManagementEstimated Salary: $20 to $28 per hour based on qualifications.

- **ID#:** 1032294989
- **Location:** Cleveland, OH, 44102, USA
- **Type:** Other
- **Company:** Flock Safety

## Associate Account Manager - CV Ultrasound (Midwest Zone)  Cleveland, OH

Posted on: January 23                                                                                                    Philips

Associate Account Manager - CV Ultrasound (Midwest Zone). Establishes contact and develops relationships in competitive accounts. Ensures order processing, construction, and shipment schedules to equipment installation are orderly and timely by communicating with logistics and project managers. ......

## Commercial Lines Account Manager  Cleveland, OH

Posted on: January 22                                                                                                    Jobot

Salary: $100,000 - $120,000 per yearA bit about us:We are an in home Pharmaceutical & Nursing company who provide quality and cost effective services across the United States! One of the largest independent providers across the United States!We are looking to add an Accounting Manager to our team!Wh......

## Part Time Child Care Program Manager (South Euclid OH  Cleveland, OH

Posted on: January 13                                                                                      Right At School Careers

We're searching for a Program Manager to join our team who wants to practice their hands-on management skills and build collaborative relationships. We give preference to Program Managers who have the following:. We strive to provide safe, engaging, and meaningful in-school and extracurricular progr......

## Product Manager - Cored Wire Consumables  Cleveland, OH

Posted on: January 23                                                                                    The Lincoln Electric Company

Business Case Creation – Work independently or with business unit manager to propose data driven product improvements and new product innovations which drive incremental sales, volume and profit growth. Product Training & Support – Provide technical product support for end-users, distributors, and L......

## Senior Product Manager - EV Charging Solutions  Cleveland, OH

Posted on: January 23                                                                                    The Lincoln Electric Company

Product Line Ownership – Develop a 1-year, 3-year, and 5-year strategic business plan that includes an strong understanding of the market, the competition, market needs and trends, new product development, mature product promotion, and maintenance of assigned product line. Mentorship – Coach and men......

| Don't Be a Victim of Fraud | Don't Be Fooled | More Jobs |
|---|---|---|
| • Electronic Scams<br>• Home-based jobs<br>• Fake Rentals<br>• Bad Buyers<br>• Non-Existent Merchandise<br>• Secondhand Items<br>• More... | The fraudster will send a check to the victim who has accepted a job. The check can be for multiple reasons such as signing bonus, supplies, etc. The victim will be instructed to deposit the check and use the money for any of these reasons and then instructed to send the remaining funds to the fraudster. The check will bounce and the victim is left responsible. | **Medical Assistant I: Gastroenterology - $2,000...**<br>Full-time, 40 hours/week8:00am-4:30pmOnsite$2,...<br>Akron, OH · Akron Children's Hospital<br><br>**Arby's - Cashier**<br>Your job as cashier will be a blend of hospita...<br>Strongsville, OH · Arby's<br><br>**Aladdin's Eatery Strongsville - Dishwasher**<br>As a dishwasher, you will be responsible for c...<br>Strongsville, OH · Aladdin's Eatery Strongsville<br><br>**Aladdin's Eatery Strongsville - Cashier**<br>Your job as cashier will be a blend of hospita...<br>Strongsville, OH · Aladdin's Eatery Strongsville |

© 1999-2024 Geebo, Inc. All Rights Reserved - Contact: 838-439-3113
About | Blog | Contact | Privacy Policy | Terms of Use | California Privacy Notice | Do not sell my personal info