# EXHIBIT AA



**City of Bellefontaine**

HOME    GOVERNMENT    DEPARTMENTS    ANNOUNCEMENTS    VISITOR INFO    DORA    BID EXPRESS    CONTACT    EMPLOYMENT
EMPLOYEE PORTAL

BPD Announcements

## BELLEFONTAINE POLICE INSTALLING FLOCK SAFETY CAMERAS TO SOLVE AND PREVENT CRIME

4/7/2022    0 Comments

The Bellefontaine Police Department is taking an active role in preventing and solving crime by installing Flock Safety Automated License Plate Reading (ALPR) cameras.

Flock Safety ALPR cameras help law enforcement investigate crime by providing objective evidence that can be transformed into actionable leads. They capture license plates and vehicle characteristics, not people or faces.

Bellefontaine Police Department will use the Flock Safety system for both proactive and reactive crime fighting. The ALPR network delivers real-time alerts to law enforcement when a stolen or wanted vehicle has passed a camera. The license plate readers can also alert officers if a vehicle associated with a missing person in an AMBER or Silver Alert is detected. When investigating a crime, Flock Safety cameras detect and decode objective leads for law enforcement using Vehicle FingerprintTM technology, which identifies the make, vehicle type, color, license plate (full, partial, or missing), license plate state, and unique vehicle features like roof rack, trailer hitch, tinted windows, and more.

"This technology will help keep our community safer. Without a doubt, this system will provide the needed support our patrol officers need on a daily basis. We're excited to launch this soon and begin utilizing it," said Chief Brandon Standley of the Bellefontaine Police Department.

Flock Safety cameras are not used for traffic enforcement and do not include facial recognition capabilities. The data is never sold or shared with third parties, and every search conducted by the system requires an auditable search justification. The footage is securely stored in the cloud and automatically deleted every 30 days, by default.

###

About Flock Safety

Flock Safety is the first public safety operating system that powers 1,500 cities to capture objective evidence, make it actionable with machine learning, and deliver it directly into the hands that stop crime. Flock Safety cameras have been shown to reduce crime by up to 70%. Visit www.flocksafety.com for more information.

 Like 1     Post

0 Comments

**0 comments**    Sort by    Oldest ▾

Add a comment...

Facebook Comments Plugin

### BELLEFONTAINE POLICE DEPARTMENT

Announcements, Information & Communications from the Bellefontaine Police Department. We also share a lot of our information through our Facebook page. Be sure to Like and Follow the Bellefontaine Police Department's official page!

### ARCHIVES

November 2023
April 2022
March 2022
February 2022
December 2021
November 2021
September 2021
August 2021
July 2021
June 2021
March 2021
September 2020
July 2020
June 2020
April 2020
February 2020
January 2020
December 2019
October 2019
September 2019
July 2019
April 2019
January 2019
December 2018
October 2018

### CATEGORIES

All

Addiction

Back The Blue 5K

BHS Tailgate Party

Civil Service Commission

Civil Service Exam

Community Safety Event

Cops And Bobbers

Crime Prevention

D.A.R.E.

Dispatcher Of The Year

Drug Abuse

Drugs

Event

Internships

Job Openings

Kids Pool Party

Medication Take Back Day

National Night Out

National Public Safety
Telecommunications Week

National Testing Network

Officer Of The Year

Open House

Opiates

Painkillers

Podcasts

Public Safety

Safety Town

Senior Health & Safety Fair

Sirens & Strikes

Special Commendation

Transfers

Violent Crimes

Youth Academy

RSS Feed



**Mayor's Office**
135 N. Detroit St.
Bellefontaine, Ohio 43311
(937) 592-4376

City Employee Portal







Welcome

Education

Quality of Life

Real Estate and
Relocation

Economic
Development

Healthcare

Community
Organizations

Website by Berry Digital Solutions, LLC