# EXHIBIT CC

| | |
|---|---|
| **From:** | Emily Norman |
| **To:** | edward.hassing@lakewoodoh.net |
| **Subject:** | Community Rep for Flock Safety Connect |
| **Date:** | Friday, September 29, 2023 9:30:26 AM |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Capt Hassing,

It was so great to just connect with you. I am excited to share with your department more about my role as the Community Safety representative at Flock Safety. I am responsible for getting private cameras in the ground at HOAs, neighborhoods, apartments, churches, etc. When working with someone in my role, departments are gaining access to more private cameras faster, at no additional cost to them.

As we discussed the key to being successful in this is a partnership between me and your department. Please let me know who would be best to connect with to help grow your Flock network.

Also, I mentioned that Ohio just announced a new security grant that will **provide funds for eligible security improvements to houses of worship and non-profit organizations. They must apply for the grant by November 3rd.**

Read more about it here: State of Ohio Security Grant (OSG)

I would love to help connect with the Houses of worship in your area that you think could benefit from this grant. Please send over names of the organization and any contact information you may have.

Looking forward to working more with Lakewood!

Best,

Emily Norman
Community Safety Territory Representative
+1 (419) 910-3616
Emily.Norman@flocksafety.com