# EXHIBIT DD

| | |
|---|---|
| **From:** | Myron Maret |
| **To:** | undisclosed-recipients |
| **Bcc:** | kevin.kaucheck@lakewoodoh.net |
| **Subject:** | Flock Safety Reference Letter |
| **Date:** | Thursday, May 4, 2023 4:02:33 PM |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good Afternoon,

Hope all is well with you! I wanted to reach out and see if you would be comfortable writing a reference letter for Flock Safety based on your success with the system.

I will be meeting with personnel at the state level in a week and am hoping to unlock new avenues for future grant funding specific to LPR. As a part of the discussion, I would like to be able to provide references that speak to the great success that has been seen with Flock across the state so far.

If you can assist me with this brief letter on your agency letterhead, I would greatly appreciate it!

Thank you and be safe,

Myron

**Myron Maret**
Sr. Customer Success Manager



404.631.6599 | myron@flocksafety.com