# EXHIBIT EE



**From:** Myron Maret myron.maret@flocksafety.com
**Subject:** Flock Safety | Success Storyboard
**Date:** June 20, 2023 at 3:25 PM
**To:** undisclosed-recipients:;

Good Afternoon,

Hope all is well with you. I am currently assisting with a project to create success storyboards from agencies that used ARPA funds for Flock.

To assist the State in realizing the investigative successes from this funding, we are putting together storyboards of the most impactful cases made by your agency to send to Director Wilson and Asst. Director Huey at the Department of Public Safety. See the attached sample from Westlake PD.

I would be happy to create the storyboard for your agency - can you send me descriptions of your 4-5 success stories that you feel demonstrate the value of this program? (redacted photos would also help paint the picture of how the technology is used!)

Thank you for your assistance!

**Myron Maret**
**Senior Customer Success Manager**       

---

📞 404-631-6599    🔗 flocksafety.com

---





Westlake_OH_P
D.pdf
1.8 MB