# EXHIBIT FF

**From:** Darwin Aldrich darwin.aldrich@flocksafety.com
**Subject:** Tracking Successes I Free Flock Safety Tumble
**Date:** September 14, 2023 at 2:25 PM
**To:** ekinney@medinaoh.org



Good Afternoon Chief Kinney,

I need your help with a project here at Flock we are working on. We are working on a data project to understand how often departments are using Flock to assist in clearing cases. Here are ways other departments are tracking that success.

- Require a check box in their RMS if Flock was used.
- Require it be written in the narrative so that it can be queried at a later time
- Utilize a spreadsheet that they keep of Flock successes.
- Power users of Flock are tracking it directly in Flock through their insights dashboard.

*Would you mind sharing the data you are collecting with me and our team?*

### How can you help?

To better understand how Flock is impacting your work in the field, we are asking our partnering agencies to provide:

1. <u>The number of cases cleared by arrest where Flock contributed</u>: This can be sorted by UCR crime type or total arrests. We only need the Flock-associated arrest numbers.
2. <u>The time period for these arrest numbers</u>: We need at least 3 months worth of data.
3. <u>Source Material</u>: We'd like a report or export of the reference material where you have been tracking these metrics. This will give us a better understanding of the methods and tools you are using to measure success.

Below are some more details on why we are wanting these details as well as a couple of document links you can use to track this data if needed. I appreciate your time and consideration in providing this data to me.

### You made an investment. Let's make the most of it together.

Why should you track your success using Flock?

- Accountability: We want you to hold us accountable for the promises we made to you.
- Budget: You can use this data to make the case with your city council for keeping or expanding your budget for technology.
- Effectiveness: Your Flock deployment can only get more effective if it is based on data-driven decision-making.

### We don't want you to have to reinvent the wheel. Here's what we think works.

What metrics will provide a clear picture of Flock's success?

- Incident Type: We suggest using UCR crime report definitions to identify the types of incidents where Flock was involved.
- Date: You will want to track success over time to see how you are improving
- Outcome / Disposition: Were you able to close the case? It's also helpful to record unsuccessful outcomes to know where to improve.
- Arrests Made: Though not the perfect number or final result, arrest numbers can be well understood and used to estimate clearance rates.

- Property Value Recovered: Many of your cases will result in recovering stolen property or vehicles. Keeping track of these numbers can be very compelling to your community.
- Priorities for your Agency: Whether it's confiscating guns or narcotics, this is a great opportunity to tie your Flock program to your agency priorities.

And we want this collection to be easy. Here's where you can track all this.

Where should I track my success with Flock?
- Record Management System (RMS) Configuration: You can use your RMS to collect and report data from police reports you're already filing. Many RMS systems can be configured with custom fields for easy aggregation of Flock's results.
- RMS Notes: Even if your RMS doesn't allow that configuration, you may be able to extract these insights from notes entered in your police reports.
- get started.
- Spreadsheet: Sometimes it's easiest to get started with a simple solution. We have created an example template for you to use to get started.

Data privacy:

*Flock will only use your data for internal purposes, and we will not share your data publicly.*

If you're interested in participating, here are a few links to get started.
- Online Submission Form (password: flocksaf3ty!)
- Overview Video from one of the Product Team sponsors
- One Page Summary of the initiative that you can share with your colleagues.

For taking the time to help with this initiative you will receive a free Flock Safety tumbler with an approved submission.



Free Flock Tumble.



If you have any questions or concerns, please let me know!

**Darwin Aldrich**
**His**
**Customer Success Manager**



📱 770-685-7728  📞 866-901-1781  🔗 flocksafety.com

# flock safety

