# EXHIBIT II

COMMUNITY SAFETY

# How License Plate Reader Cameras Make Neighborhoods Safer

March 28, 2019 • 6 mins



Preventing crime in your neighborhood requires a proactive approach. There is no one silver bullet for safety. It takes coordination of tools and coordination of people.

**License plate reader cameras** help you take the necessary steps to improve neighborhood safety. They do this by capturing actionable evidence police can use to investigate crimes in the area, including license plate details and other identifying information about vehicles used to commit a crime.

Gates, doorbell cameras, security staff, and neighborhood watch patrols all provide value and may help give the community peace of mind.

But these solutions were not designed around the crucial function of providing police with **the actionable evidence they need**.

## Get the right evidence for police to do their job.

Police say that 70% of property crimes occur with a vehicle. As much as 60% of the time, the vehicle is stolen.

For police to catch a suspect in your neighborhood and prevent a crime from happening again, officers need a license plate.

Flock Safety license plate reader cameras are designed specifically to **provide law enforcement with this critical evidence**.

Flock Safety cameras capture much more than just a license plate. If a vehicle with a paper license plate or even no plate at all passes by the camera's view, Flock systems still collect footage of the vehicle.

Flock license plate reader cameras don't just keep crime away. They help neighborhoods save money by preventing crimes in the first place. Here's a closer look at the benefits your neighborhood will see

by using Flock cameras.

## Property Manager Pains

Flock spoke to property managers who lamented to us that after spending money installing a gate, people were still finding ways to cheat the system. Neighborhoods were getting fed up dealing with insurance and broken gates, not to mention crimes still occurred.

One property manager tried several different security solutions for his property. After years, crime rates were still climbing at his properties and residents were unhappy. Then, he tried Flock Safety. He was able to **bring down crime at one of his properties from three incidents a week to zero.**

## Save Time



With Flock license plate reader cameras, you'll save hours of sifting through CCTV and doorbell camera footage trying to get a screenshot of the right vehicle or person.

Take it from another property manager who spoke to Flock about her

time savings. Before Flock, she once spent 3 hours scanning through footage trying to find a shot she could send to police as evidence. With Flock, she only needed 3 minutes to find the footage she needed. And police were able to act on that evidence.

Here's how: With Flock Safety, users can quickly search the system using the data a Flock license plate reader camera captures. Search by color or type of vehicle (car, truck, motorcycle), or search by object (animal, person, bicycle). Your Flock system will **pull up the clearest shots matching your search.**

Flock Safety systems also allow unlimited users, so you can decide how many people have access to the captured data.

## Infrastructure and Maintenance – Handled!

Flock Safety's ALPR systems can be installed in as little time as 6 weeks. Since Flock cameras rely on solar power and use their own network, Flock cameras don't have to connect to your community's power source or wifi to run effectively.

Flock also makes it easy on you when it comes to maintenance.

Ongoing maintenance is included in the price of your Flock camera. That means if your system requires an upgrade, you get that upgrade at no additional cost. If something breaks or is vandalized, we'll fix it for you—at no additional cost.

You also have access to Flock's Customer Success team, who works hard to provide support in the event of a crime.

# What about privacy?

As a customer, you own 100% of the data your Flock Safety system collects. It belongs to you and no one else.

Flock Safety **doesn't share or sell your data**.

While residents want a system that monitors who comes in and out, they often don't want to be included in the monitoring. That's why Flock designed a privacy feature called **the SafeList,** which allows residents to register their license plate and vehicle in their Flock system.

Once registered, a resident's vehicle footage will be marked as "resident" in their database. In the event of a crime, footage can be filtered by "resident" and "non-resident."

Individual residents also have the option to opt out of being recorded by Flock cameras altogether.

# Preventing Property Crimes Is Hard. We're Here to Help.



Crime prevention can take hours out of your day and thousands of dollars out of your budget. It can also load a mountain of stress on your back. As a property or community manager, things can get complicated.

Installing the hardware for a gated entry system can **cost tens of thousands of dollars**. This doesn't even account for the cost and inconvenience of maintenance, repairs, and other associated costs. Add CCTV cameras, security personnel, and other crime prevention systems, and you may be looking at a sizable cost.

There's an easier—and less expensive—way to keep your community safe.

## With Flock Safety, You Can Rest Easy

Flock Safety systems help you keep a sharp eye on your properties, especially when used in conjunction with other safety tools. For instance, you could pair a Flock Safety camera with your entrance gate or security staff to stay protected 24/7.

Flock cameras can also save your community money in the long run. Not only does your Flock system prevent costly crimes, but it also produces savings versus the price of traditional security systems.

For example, Flock Safety users saw an annual savings of $40,000 when compared to the cost of installing a physical gate.

Flock Safety is in neighborhoods and communities stretching from coast to coast. Let us help you build a **custom safety plan** today.

*Flock Safety is a public safety operating system that helps*

*communities and law enforcement in 2000+ cities work together to eliminate crime, protect privacy, and mitigate bias. We build devices that capture objective evidence and use machine learning to create and deliver unbiased investigative leads to law enforcement. Our proprietary devices and cloud-based software reduce crime by +70%. Flock Safety serves 2000 cities in 42+ states and is helping solve hundreds of crimes every day.*

Share

# Recent Articles

View All Articles



#SolvedStories | Edition 032



Meet the Flock | Esther R.



#SolvedStories | Edition 031