# EXHIBIT JJ

# ...lication and Software



## Development Standards

Security requirements, aligned to industry best practices such as the Open Worldwide Application Security Project (OWASP) and Security Cheat Sheet Series projects are communicated during design phases and validated through both Static and Dynamic Application Security Testing.

## Security Patching Notice

Flock provides timely notifications to customers of significant threats affecting product security with instructions for mitigations and patches as soon as they become available.

## Testing and Monitoring

Penetration testing through assistance from a reputable outside security provider is performed annually. External facing applications are monitored continuously using authenticated Dynamic Application Security Testing and Software is analyzed for vulnerabilities and licensing compliance.

- Credential Management
- Ongoing monitoring and recertification
- Vendor security requirements
- Testing and Monitoring

Learn more → | Learn more → | Learn more →

  

### Flock Device Security

- Endpoint Encryption
- Secure Installation
- Asset Management

Learn more →

### Access Control

- Role Based Access Control
- Account Management
- Privileged Access Management

Learn more →

### Infrastructure and Network

- Threat Monitoring
- Secure Configuration
- Encryption

Learn more →

 

### Incident Detection and Response

- Activity Logging
- Event Monitoring
- Incident Containment and Response

### Risk Analysis Management

- Threat Analysis and Monitoring
- Control Assessments
- Issues tracking and remediation

### Policies and Governance

- Cybersecurity Polcies
- Privacy Policy
- Bug Bounty and Responsible Disclosure

Learn more →   Learn more →   Learn more →

  

### Physical and Environmental

- Data Center Protection

### Business Continuity

- Backup and Recovery

### Personnel Security

- Employee Training

- Availability Zones
- Load Balancing

- Contingency Planning and Testing
- Criticality Analysis

- Rules of Behavior
- Enforcement and Sanctions

Learn more →

Learn more →

Learn more →