# EXHIBIT LL

General

Camera

Crime

Customers

Installation

Maintenance

Price and Payment

Privacy and Access

Software

**My neighborhood has Flock cameras. Can I mark my car as a "resident" in the system?**

**Is the footage securely stored?**

**What is the Safe List feature for HOAs and neighborhoods?**

**How does Flock Safety protect citizen privacy?**

Flock Safety has strict measures in place to protect resident privacy.

Flock Safety believes that we can successfully reduce crime while protecting and preserving privacy. Here are a few of the ways we have ethically-engineered our suite of products to ensure privacy protection:

- We store all data for only 30 days (or in adherence with local laws). Customers own all of their data — Flock will never share or sell data with third parties. The customer is the only one to determine who has access to the footage.

- The HOA Safe List feature allows neighborhood residents to register their license plate number and opt to be eliminated from captured footage. This way, police can easily separate residents from non-residents and allow residents with privacy concerns to opt out of the system altogether.

- All images and metadata is encrypted throughout its entire lifecycle, from on-device to storage in the cloud. Flock uses Amazon Web Services cloud storage and KMS-based encryption, limiting access to the encryption keys. All CJIS data is stored in the AWS GovCloud and is only available to Law Enforcement agencies. No CJIS data is shared with non-Law Enforcement Flock Safety Customers.

Learn more about how we protect privacy here: How Flock Safety Works to Eliminate Crime While Protecting and Maintaining Resident Privacy

 Hi there, how can I best help you?

