# EXHIBIT MM

Flock Hotlist Tool

hotlist.flocksafety.com

Search | Alerts | Map | Devices | Insights | Admin | Flock Admin

Hot List | **Custom Hot List** | Suppressed Hits

Custom Hot Lists
Disclaimer: Custom hot lists alone should never be used as probable cause.

Your Lists

+ Add

Flock Hotlist Tool